·Keith Bryan WEBB–EL, Petitioner–Appellant,

v.

Warden Timothy S. STEWART; United States Parole ·Commission, Respondents–Appellees.

No. 15–6986.

United States Court of Appeals, Fourth Circuit.

Submitted: Oct. 15, 2015.

Decided: Oct. 20, 2015.

Keith Bryan Webb–El, Appellant Pro Se. Ray Daniel McKenzie, Assistant United States Attorney, Greenbelt, Maryland, for Appellees.

Before WILKINSON, AGEE, and HARRIS, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Keith Bryan Webb–El, a federal prisoner, appeals the district court's order dismissing without prejudice for lack of jurisdiction his 28 U.S.C. § 2241 (2012) petition. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *Webb–El v. Stewart*, No. 8:15–cv–01510–PWG (D.Md. June 3, 2015). We deny as moot Webb–El's motion and emergency motion for release pending appeal. We dispense with oral

argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED.*